# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-103 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR VICTORIA COMMISSO (ID#) 08011556 |
| vs. | |
| VICTORIA COMMISSO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **VICTORIA COMMISSO** before the United States District Court at Las Vegas, Nevada, on or about _I/A & A/P Wed: 4/12/17 3:00 PM VCF 3D_, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 4, 2017

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  STEVEN W. MYHRE
    Acting United States Attorney
 2  District of Nevada
    CHRISTOPHER BURTON
 3  Assistant United States Attorney
    501 Las Vegas Boulevard South
 4  Suite 1100
    Las Vegas, Nevada 89101
 5  702-388-6336
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, | ) Case No.: 2:17-cr- /03 |
| 9 | Plaintiff, | ) PETITION FOR WRIT OF HABEAS ) CORPUS AD PROSEQUENDUM FOR |
| 10 | vs. | ) VICTORIA COMMISSO ) (ID#) 08011556 |
| 11 | VICTORIA COMMISSO, | ) |
| 12 | Defendant. | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that **VICTORIA COMMISSO**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **VICTORIA COMMISSO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **VICTORIA COMMISSO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P Wed: 4/12/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **VICTORIA COMMISSO** before the United States District Court on or about _____ I/A & A/P Wed: 4/12/17  3:00 PM   VCF 3D _____, at the hour of 3:00 p.m.,

1 | for arraignment and from time to time and day to day thereafter until excused by the Court has
2 | been ordered by the United States Magistrate or District Judge for the District of Nevada.

3   WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **VICTORIA COMMISSO** before the United States District Court on or about _____ I/A & A/P Wed: 4/12/17 3:00 PM VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 4th day of April, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Christopher Burton*

CHRISTOPHER BURTON
Assistant United States Attorney

2