**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00103-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| VICTORIA COMMISSO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 24, 2026 at 1:30 p.m., be vacated and continued to May 12, 2026 at the hour of 9:30 a.m.; or to a time and date convenient to the court.

DATED this 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3